IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PJSC CREDIT-MOSCOW BANK, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 15-6604 |
| NAIL KHAIROULLINE : | |
| a/k/a NAIL A. KHAIROULLINE : | |
| a/k/a NAIL ABDULOVICH : | |
| KHAIROULLINE, ET AL. : | |

**O R D E R**

**AND NOW**, this  23rd  day of  August , 2016, upon consideration of Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 10), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

A. Defendants' Motion to Dismiss is **DENIED**.

B. This action is stayed as to Judgment No. 1 (Case No. 2-6505/13), Judgment No. 2 (Case No. 2-5326), and Judgment No. 5 (Case No. 2-2463/15), pending the outcome of the appeals. Plaintiffs shall notify the Court when decisions have been reached by the Russian appellate courts on these appeals.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**